PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Offender under Supervision

Name of Offender: Taylor J Myrick   Case Number: 0868 1:19CR00017

Name of Sentencing Judicial Officer: Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: May 21, 2020

Original Offense:   Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone

Original Sentence:   One day imprisonment; 3 years supervised release

Type of Supervision: TSR   Date Supervision Commenced: 7/29/2020

Asst. U.S. Attorney: Rick L. Volk   Defense Attorney: Michelle Ann Monteiro

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1) | On October 13, 2020, the defendant tested positive for fentanyl. This was confirmed by Alere Toxicology. *This is in violation of special condition one stating you must totally abstain from the use of alcohol and illegal drugs.* |
| 2) | The defendant has failed to report for drug screenings on numerous occasions. *This is in violation of special condition number two which states you must submit to drug/alcohol screening at the direction of the supervising officer.* |
| 3) | The defendant failed to follow through with substance abuse treatment as directed. *This is in violation of special condition number three which states you must participate in a drug/alcohol dependency treatment program as directed.* |

PROB 12C
(Rev. 2/13)
Myrick, Taylor
0868 1:19CR00017

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued for the arrest of Taylor Myrick and hearings be held to determine if she has violated the terms and conditions of her supervised release.

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2021

/s/ Travis J. Dienslake
U.S. Probation Officer Assistant

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

8 Mar. 2021
_____
Date