UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:19-cr-00017 |
| Plaintiff, | |
| vs. | MOTION FOR CONTINUANCE |
| TAYLOR J. MYRICK, | |
| Defendant. | |

_____

      The Defendant, Taylor J. Myrick, is scheduled for a Revocation Hearing in this matter on May 26th, 2021, at 2:30 p.m. A continuance is respectfully requested as necessary because of the recent illness of the undersigned counsel. Counsel's illness has prevented adequate preparation for the hearing and Counsel requires additional time to review the evidence in this case with Ms. Myrick. The undersigned has conferred with Assistant United States Attorney Rick Volk, who has no objection to the continuance. Based on the foregoing, the undersigned respectfully requests that the Hearing be reset to a later date.

      Dated this 25th day of May, 2021.

      Respectfully submitted,

      SAMBOR LAW & CONSULTING, P.C.

      By: */s/ Christina A. Sambor*_____
      Christina A. Sambor (#06648)
      Sambor Law & Consulting, P.C.
      P.O. Box 3189
      Bismarck, ND 58502-3189
      (701) 354-3375
      christina@samborlaw.com
      Attorney for Defendant Taylor Myrick

## Certificate of Service

I hereby certify that on the 25th day of May, 2021, the following document:

## Motion for Continuance

was electronically filed with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following;

    Rick Volk                                      (Rick.Volk@usdoj.gov)

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participants:

    Taylor J. Myrick

Dated this 25th day of May, 2021.

                                                    SAMBOR LAW & CONSULTING, P.C.

                                                    By: */s/ Christina A. Sambor*_____
                                                    Christina A. Sambor (#06648)
                                                    Sambor Law & Consulting, P.C.
                                                    P.O. Box 3189
                                                    Bismarck, ND 58502-3189
                                                    (701) 354-3375
                                                    christina@samborlaw.com
                                                    Attorney for Defendant Taylor Myrick