UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TAYLOR J. MYRICK,<br><br>            Defendant. | 1:19-cr-00017<br><br>MOTION FOR CONTINUANCE |

The Defendant, Taylor J. Myrick, is scheduled for a Revocation Hearing in this matter on June 8th, 2021, at 1:30 p.m. The undersigned has conferred with Assistant United States Attorney Rick Volk, and the Parties are in agreement to continue the hearing for a period of 60 days in order to attempt to resolve this matter along with the indictment in 1:21-cr-00051. Based on the foregoing, the undersigned respectfully requests that the Hearing be reset to a later date.

Dated this 8th day of June, 2021.

Respectfully submitted,

Sambor Goetz LLP

By: */s/ Christina A. Sambor*_____
Christina A. Sambor (#06648)
Sambor Goetz LLP
P.O. Box 3189
Bismarck, ND 58502-3189
(701) 354-3375
christina@samborlaw.com
christina@sgndlaw.com
Attorney for Defendant Taylor Myrick

**Certificate of Service**

I hereby certify that on the 8th day of June, 2021, the following document:

**Motion for Continuance**

was electronically filed with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following;

    Rick Volk                                          (Rick.Volk@usdoj.gov)

I further certify that a copy of the foregoing documents will be mailed by first class mail, postage paid, to the following non-ECF participants:

    Taylor J. Myrick

Dated this 8th day of June, 2021.

                                                          Sambor Goetz LLP

                                                          By: */s/ Christina A. Sambor*
                                                          Christina A. Sambor (#06648)
                                                          Sambor Goetz LLP
                                                          P.O. Box 3189
                                                          Bismarck, ND 58502-3189
                                                          (701) 354-3375
                                                          christina@samborlaw.com
                                                          christina@sgndlaw.com
                                                          Attorney for Defendant Taylor Myrick