Local AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of North Dakota

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| Taylor J. Myrick | ) | |
| | ) | Case No.  1:19-cr-17-01 |
| | ) | USM No. 17235-059 |
| | ) | Christina Sambor |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)     Special 1, 2, and 3     of the term of supervision.

☐ was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Ms. Myrick tested positive for fentanyl on October 13, 2020. This was confirmed by Alere Toxicology. | 10/13/20 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: _____

City and State of Defendant's Residence: _____

January 18, 2022
Date of Imposition of Judgment

_/s/_ Signature of Judge

Daniel L. Hovland     U.S. District Judge
Name and Title of Judge

January 18, 2022
Date

Local AO 245D (Rev. 09/19)     Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: Taylor J. Myrick
CASE NUMBER: 1:19-cr-17-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2. | Ms. Myrick failed to report for drug screenings on numerous occasions. | |
| 3. | Ms. Myrick failed to follow through with substance abuse treatment as directed by the probation officer. | |

Local AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

| | Judgment — Page 3 of 3 |
|---|---|

DEFENDANT: **Taylor J. Myrick**
CASE NUMBER: **1:19-cr-17-01**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
**9 MONTHS, with credit for time served, concurrent with 1:21-cr-51.**

☑ The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends the defendant be placed at a county correctional facility located in North Dakota.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL